UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

GLOBAL BLUE TECHNOLOGIES-
USA, LLC, *et al.*,

    Plaintiffs,

v.

SHRIMP IMPROVEMENT SYSTEMS, L.L.C., *et al.*,

    Defendants.

                                           /

CIVIL ACTION NO.

2:16-CV-00027

## THE GBT LLCS' RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF THE GBT LLCS' CLAIMS *ONLY*

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by and through undersigned counsel, Plaintiffs Global Blue Technologies-USA, LLC, Global Blue Technologies-Cameron, LLC, Global Blue Technologies, LLC-International, LLC, and Sea Products Development, LLC (together, the "GBT LLCs") hereby give notice of the GBT LLCs' voluntary dismissal of the GBT LLCs' claims *without prejudice*.

1. The GBT LLC's filed a complaint against Shrimp Improvement Systems, L.L.C., on January 26, 2016.

2. None of the Defendants has answered or moved for summary judgment.

3. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides:

(a) VOLUNTARY DISMISSAL.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

4. **This Notice does *not* apply to the claims of Global Blue Technologies, Inc., Eduardo Figueras, or John L. Harvin.**

WHEREFORE, Plaintiffs Global Blue Technologies-USA, LLC, Global Blue Technologies-Cameron, LLC, Global Blue Technologies, LLC-International, LLC, and Sea Products Development, LLC, dismiss their claims against the Defendants in this action, effective immediately.

Respectfully submitted,

John Da Grosa Smith (*pro hac vice*)
jdsmith@smithlit.com
Georgia Bar No. 660946

Kristina M. Jones (*pro hace vice*)
kjones@smithlit.com
Georgia Bar No. 435145

SMITH LLC
1320 Ellsworth Industrial Boulevard
Suite A1000
Atlanta, GA 30318
Telephone: 404-605-9680
Telecopier: 404-935-5226
*Counsel for Global Blue Technologies-USA, LLC, Global Blue Technologies-Cameron, LLC, Global Blue Technologies-International, LLC, and Sea Products Development, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing was served via CM/ECF to all counsel of record.

/s/     *Kristina M. Jones*