UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

GLOBAL BLUE TECHNOLOGIES-
USA, INC.; EDUARDO FIGUERAS;
and JOHN L. HARVIN,

    Plaintiffs,

v.

SHRIMP IMPROVEMENT SYSTEMS, L.L.C.,
*et al.*,

    Defendants.
_____/

CIVIL ACTION NO.

2:16-CV-00027

# PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* AS TO DEFENDANTS CENTRAL PROTEIN PRIMA TBK AND CHAROEN POKPHAND FOODS PCL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by and through undersigned counsel, Plaintiffs Global Blue Technologies, Inc.; Eduardo Figueras; and John L. Harvin ("Plaintiffs"), hereby give notice of their voluntary dismissal without prejudice as to Defendants Central Protein Prima TBK and Charoen Pokphand Foods PCL.

1. Plaintiffs filed a complaint against the Defendants on January 26, 2016.

2. None of the Defendants has answered or moved for summary judgment.

3. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides:

    (a) VOLUNTARY DISMISSAL.

        (1) *By the Plaintiff.*

            (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

WHEREFORE, Plaintiffs dismiss their claims against Defendants Central Protein Prima TBK and Charoen Pokphand Foods PCL without prejudice.

Respectfully submitted,

John Da Grosa Smith (*pro hac vice*)
jdsmith@smithlit.com
Georgia Bar No. 660946

Kristina M. Jones (*pro hace vice*)
kjones@smithlit.com
Georgia Bar No. 435145

SMITH LLC
1320 Ellsworth Industrial Boulevard
Suite A1000
Atlanta, GA 30318
Telephone: 404-605-9680
Telecopier: 404-935-5226

Joseph A. Flores
attorneyjoeflores@me.com
Texas Bar No. 24032059
The Law Offices of Joe A. Flores
500 N. Water Street
Suite 515
Corpus Christi, Texas 78401
Tel: 361.887.8670
Fax: 361.887.8651

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing was served via CM/ECF to all counsel of record.

/s/ *Kristina M. Jones*