Case 2:16-cv-00027   Document 57   Filed on 09/07/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GLOBAL BLUE TECHNOLOGIES-USA, LLC, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> SHRIMP IMPROVEMENT SYSTEMS, LLC, *et al*, <br><br> Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 2:16-CV-00027 |

## FINAL JUDGMENT

Pursuant to Plaintiffs' Notices of Voluntary Dismissal (D.E. 55, 56), the Court enters final judgment dismissing this action. This dismissal is with prejudice as to Defendant Shrimp Improvement Systems, LLC and without prejudice as to Defendants Central Protein Prima TBK and Charoen Pokphand Foods PCL.

ORDERED this 7th day of September, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE